Anoush Hakimi (SBN 228858)
*anoush@handslawgroup.com*
Peter Shahriari (SBN 237074)
*peter@handslawgroup.com*
Ani Avetisyan (SBN 266679)
*ani@handslawgroup.com*
Laura Steven (SBN 332168)
*laura@handslawgroup.com*
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**RAMON MCNEAL**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramon McNeal,<br><br>       Plaintiff,<br><br>vs.<br><br>Pedro Rivera, an individual; Ramona Rivera, an individual; and Does 1-10,<br><br>       Defendants. | Case No.: 2:20-cv-07855-SB-PLA<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**DECLARATION OF PETER SHAHRIARI RE: REMITTANCE OF SANCTIONS PAYMENT** |

## DECLARATION OF PETER SHAHRIARI

I, Peter Shahriari, declare as follows:

1.      I am an attorney of law duly licensed to practice before all courts in the State of California and am admitted to practice in the United States District Court for the Central District of California. I am the attorney of record for Ramon McNeal in the above-entitled proceedings and, as such, I have knowledge of the matters contained herein and they are true and correct of my own personal knowledge, except for those matters stated upon information and belief as to those matters, I believe them to be true and correct. If called and sworn as a witness, I could and would testify competently hereto.

2.      I am submitting this declaration pursuant to the Court's notice dated March 24, 2021 (ECF Document No. 45).

3.      I prepared a letter to the Clerk of the Court dated March 16, 2021 regarding the remittance of the sanctions payment.

4.      Enclosed with the letter was Check #1425, dated March 17, 2021, in the amount of $250.

5.      The letter was addressed to the following: U.S. District Court, Attn: Clerk's Office, 255 E. Temple Street, Room 1178, Los Angeles, CA 90012.

6.      On March 19, 2021, I deposited the envelope containing the letter, along with the enclosures in a United States Post Office mailbox.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration is executed on March 24, 2021 at Los Angeles, California.

Dated: March 24, 2021          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: ___/s/Peter Shahriari_____
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Ramon McNeal

DECLARATION OF PETER SHAHRIARI RE: REMITTANCE OF SANCTIONS PAYMENT